# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

JAMES DAVIS, JR.,

        Plaintiff,

Case Number: 08-14561

HON. MARIANNE O. BATTANI

v.

COMMISSIONER OF SOCIAL SECURITY,

        Defendant.

_____/

## ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION

The Court having reviewed the Magistrate Judge's Report and Recommendation, (Doc. 9), and no objections having been filed thereto,

**IT IS HEREBY ORDERED** that the Report and Recommendation is **ADOPTED**. Defendant's Motion for Summary Judgment, (doc. 8), is **GRANTED**, and Plaintiff's Motion for Summary Judgment, (doc. 7), is **DENIED**.

                                s/Marianne O. Battani

                                U. S. District Court Judge

Dated: November 20, 2009

**CERTIFICATE OF SERVICE**

Copies of this Order were served upon counsel of record on this date by ordinary mail and/or electronic filing.

s/Bernadette M. Thebolt

Case Manager
